**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| WALLACE ROBERTSON AND | : | |
| MARYJANE ROBERTSON | : | |
| | : | CIVIL ACTION |
| Plaintiffs, | : | |
| | : | NO. 14-cv-1641 |
| v. | : | |
| | : | |
| KENNETH BARNES, II, AND, | : | |
| G&C INDUSTRIES INC. | : | |
| | : | |
| Defendants. | : | |

**ORDER**

AND NOW, this      5th      day of August, 2014, upon consideration of Defendant Kenneth R. Barnes II's Motion to Dismiss (Doc. No. 8) and Plaintiffs' Response in opposition thereto (Doc. No. 12), as well as Plaintiffs' Motion For Service by Alternative Means and for an Extension of Time To Effect Service on Defendant (Doc. No. 9), the Court hereby GRANTS Plaintiffs' Motion for Service by Alternative Means.

Plaintiffs are GRANTED leave to serve Kenneth R. Barnes, II by publication in the *Montgomery County Law Reporter*, the *Bucks County Law Reporter*, *The Times Herald* in Norristown, PA, and the *Bucks County Courier Times* in Levittown, PA.

Plaintiffs are granted 60 days from the date of this order to accomplish service on Defendant Kenneth R. Barnes, II.

The Court DENIES, without prejudice and with leave to refile, Defendants' Motion to Dismiss.

BY THE COURT:


s/J. Curtis Joyner

J. CURTIS JOYNER, J.